Peter A. Davidson (SBN 76194)
pdavidson@ecjlaw.com
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

JS-6

Attorneys for James H. Donell, Receiver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DONELL, Receiver for Newpoint Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> SOPHIA NEMANIM YADEGARI AND SAROUD YADEGARI, <br><br> Defendants. | CASE NO. 12-CV-3096-DDP-(JEMx) <br><br> **JUDGMENT** |

The Motion of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., for Summary Judgment or, in the alternative, Summary Adjudication of Issues came on for hearing on March 18, 2013.

The Court having granted the Motion for Summary Judgment in favor of Plaintiff,

///

13390.10:1745189.1

1

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is entered in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and against Defendants, Sophia Nemanim Yadegari and Saroud Yadegari, jointly and severally, in the amount of $83,728.16, plus pre-judgment interest in the amount of $5,505.15.

Dated: March 18, 2013

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE